AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Johana Alejandra BARRERA-Arana<br><br>*Defendant(s)* | )<br>)<br>)  Case No: 18 po 2018<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of May 15, 2018 in the county of Dona Ana in the State and District of New Mexico, the defendant violated 8 U.S.C. §1325(a)(1)(EWI Misdemeanor), an offense described as follows:

entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers

This criminal complaint is based on these facts:
On May 15, 2018, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to her citizenship the Defendant admitted to being a citizen of El Salvador without authorization to enter or remain in the United States. The Defendant knowingly entered the United States illegally on May 15, 2018, by crossing the U.S./Mexico International Boundary afoot, approximately one mile west of the Santa Teresa, New Mexico Port of Entry. This area is not a Port of Entry as designated by the Appropriate Authority of the United States. Thus, the Defendant is present in the United States without admission by an Immigration Officer.

☐ Continued on the attached sheet.

*Complainant's signature*

Giovanni A. Cisneros  Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 17, 2018

KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state: Las Cruces, N.M.